# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD AND ) <br> BUZZFEED INC. ) <br>               Plaintiffs, ) <br>                            ) <br> v.                      ) <br>                            ) <br> DEPARTMENT OF JUSTICE, ) <br> ET AL. ) <br>               Defendants. ) <br> _____) | Civil Action No.  1:19-CV-01279-TJK |

## NOTICE

Defendants hereby notify the Court that in the separate, but related matter in which the subject of Plaintiffs' emergency motion is also being litigated, *see* ECF No. 25 at 4 (citing *Buzzfeed et al. v. DOJ et al.*, No. 19-cv-1278 (D.D.C.) (Walton, J.) (the "*Buzzfeed 1278 Litigation*")), the government has filed a supplemental declaration from White House Chief of Staff, Mark Meadows, in accordance with Judge Walton's order of October 16, 2020.  *See id.* at n.4 (describing order).  The as-filed notice and declaration are attached hereto as Exhibit A for the Court's reference.  *See Buzzfeed 1278 Litigation*, ECF Nos. 112 & 112-1.

Dated:  October 20, 2020

                                                Respectfully Submitted,

                                                JEFFREY BOSSERT CLARK
                                                Acting Assistant Attorney General
                                                Civil Division

                                                MARCIA BERMAN
                                                Assistant Director, Federal Programs Branch

                                                */s/ Jonathan D. Kossak*

                                                JONATHAN D. KOSSAK
                                                Trial Attorney (DC Bar # 991478)
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch

                                                    1100 L Street, NW  
                                                   Washington, D.C. 20005  
                                                   Tel. (202) 305-0612  
                                                   Fax (202) 616-8470  
                                                   Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendants*