# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD AND BUZZFEED INC. </br>              Plaintiffs,</br></br>     v.</br></br>DEPARTMENT OF JUSTICE, ET AL.</br>              Defendants. | Civil Action No. 1:19-CV-01279-TJK |

## NOTICE OF RELATED RULING

Yesterday, Defendants filed a notice of a supplemental declaration filed in the separate, but related matter in which the subject of Plaintiffs' emergency motion was also being litigated. *See* Notice at 1, ECF No. 26 (referencing *Buzzfeed et al. v. DOJ et al.*, No. 19-cv-1278 (D.D.C.) (Walton, J.) (the "*Buzzfeed 1278 Litigation*")). The supplemental declaration from White House Chief of Staff Mark Meadows ("Meadows Declaration") was submitted in accordance with Judge Walton's order in the *Buzzfeed 1278 Litigation* and in connection with a hearing that was scheduled for today, as discussed in Defendants' brief opposing Plaintiffs' emergency motion. *See* ECF NO. 25 at 4 n.4.

That hearing occurred this morning. The result of the hearing was that Judge Walton denied the Plaintiffs' motion on the basis of the Meadows Declaration and the government's other supporting materials. *See Buzzfeed 1278 Litigation*, Minute Order (October 21, 2020) (noting that a written order will issue). This Court should follow Judge Walton's ruling and deny the substantially similar emergency motion in this case.

Such a ruling would not require the Court to address Defendants' mootness argument (i.e., that Plaintiffs' motion is moot because Defendants have not processed any 302s in this litigation, *see* Defs.' Opp'n at 5, ECF No. 25), or to address whether Plaintiffs may expand the relief their

motion seeks in their reply brief.  *See* Pls.' Reply at 6 (expanding the relief sought in their motion from an order requiring the government to reprocess any 302s, to an order requiring the government to reprocess all of the records withheld in this case).  Should the Court find the need to address those issues, Defendants respectfully request leave to file a surreply to address Plaintiffs' expanded request for relief.  *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) ("[D]istrict courts routinely grant[] such motions when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading." (quoting *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001)).  Plaintiffs' counsel has indicated to the undersigned that Plaintiffs would not oppose the Court's providing Defendants with the opportunity to file a surreply.

Dated:  October 21, 2020                                              Respectfully Submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ *Jonathan D. Kossak*

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax (202) 616-8470
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendants*