IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br>BUZZFEED INC., )<br>)<br>)<br>  Plaintiffs, )<br>) Civil Action No. 19-cv-1279 (TJK)<br>  v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, et al )<br>)<br>  Defendants. ) | |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs hereby withdraw their Emergency Motion for Court Order Requiring Defendants to Reprocess Records Before the November 3, 2020 Presidential Election in Light of the President's Recent Declassification and Waiver.

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Matthew Topic
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
foia@loevy.com
DC Bar No. IL0037
Counsel for Jason Leopold and BuzzFeed Inc.