AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JASON LEOPOLD AND BUZZFEED INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-01279 |
| DEPARTMENT OF JUSTICE, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jason Leopold and Buzzfeed Inc.

Date:    03/17/2022

/s/ Josh Loevy
*Attorney's signature*

Josh Loevy, Bar No. IL0105
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

joshl@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*