AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-1279-TJK |
| DEPARTMENT OF JUSTICE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Department of Justice, et al.

Date: 10/20/2022

/s/Courtney D. Enlow
*Attorney's signature*

Courtney D. Enlow (NC Bar #46578)
*Printed name and bar number*

1100 L Street, NW
Room 12102
Washington, DC 20005
*Address*

courtney.d.enlow@usdoj.gov
*E-mail address*

(202) 616-8467
*Telephone number*

(202) 616-8470
*FAX number*