## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD AND )
BUZZFEED INC. )
             Plaintiffs, )
              )     Civil Action No.  1:19-CV-01279-TJK
     v. )
              )
DEPARTMENT OF JUSTICE, )
ET AL. )
            Defendants. )

## THIRTY-FIRST JOINT STATUS REPORT

In accordance with the Court's Minute Order on May 14, 2021, requiring the parties to file a further joint status report every 60 days, and the parties' Thirtieth Joint Status Report, the parties report as follows:

1.      This is a Freedom of Information Act ("FOIA") case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from various subcomponents of the U.S. Department of Justice ("DOJ"),[1] as well as the Office of the Director of National Intelligence ("ODNI") (collectively, the "Government"), generally regarding various aspects of the Mueller investigation.

2.      Plaintiffs' Complaint, *see* ECF No. 1, contains allegations related to twenty-four different FOIA requests, many of which include multiple subparts, originally submitted to numerous DOJ subcomponents and ODNI.  *See* Answer at Exs. A-EEE, ECF No. 15.

---

[1] Including the Offices of the Attorney General ("OAG"), the Deputy Attorney General ("ODAG"), and the Special Counsel ("OSC"), as well as the Federal Bureau of Investigation ("FBI"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of the Inspector General ("OIG").

3.    The first half of the twenty-four requests identified in the Complaint, *see* Compl. ¶¶ 6-59, are being addressed by DOJ's Office of Information Policy ("OIP"); four others were directed to the FBI, *see id*. ¶¶ 78-83, 91-96, 101-107, and 108-113; and two requests were directed at each of the following:  NSD, *see id*. ¶¶ 60-63 and 72-77; OIG, *see id*. ¶¶ 64-67 and 87-90; OLC, *see id*. ¶¶ 68-71 and 114-116; and ODNI, *see id*. ¶¶ 84-86 and 97-100.

4.    The parties' previous status reports detail the various responses that have been provided to Plaintiffs, as well as the parties' agreed upon processing schedules and sequencing agreements. Defendants provide the following updates since the last joint status report:

   a.  OIP

      i.    On September 20, 2024, OIP provided Plaintiffs with an interim response to Request No. DOJ-2019-000783, *see* Compl. ¶¶ 44-47 and Answer ¶¶ 44-47 & Exs. Q-R, in which it stated that the consultation process had been completed for 302 pages from the October 31, 2022, interim response.  OIP informed Plaintiffs that it was releasing 128 pages with withholdings made pursuant to Exemptions 6 and 7(C).  OIP withheld in full the remaining 174 pages pursuant to Exemptions 6 and 7(C).  OIP anticipates providing a response by December 31, 2024, involving approximately 342 pages, for which the consultation process is complete.  Approximately 27 pages responsive to this request require additional consultation.  OIP will provide a response on these pages once the consultation process is complete.

      ii.   With respect to Request No. DOJ-2019-003295, *see* Compl. ¶¶ 29-33 and Answer ¶¶ 29-33 & Exs. K-L, OIP anticipates providing an

interim response by November 29, 2024, involving approximately 219
pages for which the consultation process is complete.  OIP is
processing an additional approximately 308 pages, for which
consultation is now complete, and anticipates providing a response by
January 31, 2025.  For the remaining 526 pages with pending
consultations, OIP is working to ensure that all consultations are
completed in a timely manner.

iii.    With respect to Request No. DOJ-2019-003452, *see* Compl. ¶¶ 34-38
and Answer ¶¶ 34-38 & Exs. M-N, which has three subparts, OIP has
completed its initial searches for subparts 1 and 2, as previously
reported.  OIP will conduct responsiveness and de-duplication reviews
for the initial searches that have been completed for this request.  The
parties intend to meet and confer about the scope of subpart 3 of this
request and will provide a further update in the next JSR.

iv.    OIP is also processing 12 pages on referral, FOIA-2021-00423, which
require consultation with other government entities.

b. FBI

i.    With respect to the one remaining request, Request No. 1368241-000,
*see* Compl. ¶¶ 78-83 and Answer ¶¶ 78-83 & Exs. HH-KK, the FBI
issued its final response on October 31, 2024.

5.    In light of the parties' ongoing discussions, and the Government's continued
efforts to search for, review, process, and produce non-exempt records responsive to the requests
alleged in the Complaint, the parties believe it is premature to establish a briefing schedule for

this litigation.  Instead, they will file another joint status report with the Court on **January 14,**

**2025**, pursuant to the Court's May 14, 2021, Minute Order.

DATE:  November 15, 2024                          Respectfully submitted,


*/s/ Merrick Wayne*                              BRIAN M. BOYNTON
Matt Topic, D.C. Bar No. IL0037                  Principal Deputy Assistant Attorney
Merrick Wayne, D.C. Bar No. IL0058               General
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail:  foia@loevy.com)                        MARCIA BERMAN
LOEVY & LOEVY                                    Assistant Branch Director, Federal
311 N. Aberdeen, Third Floor                     Programs
Chicago, Illinois 60607
Tel.: (312) 243-5900                             */s/  Amber Richer*
Fax: (312) 243-5902                              AMBER RICHER
                                                 Trial Attorney (CA Bar # 253918)
*Counsel for Plaintiffs*                         United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street, NW
                                                 Washington, D.C. 20530
                                                 Tel. (202) 514-3489
                                                 Email:  amber.richer@usdoj.gov

                                                 *Counsel for Defendants*