IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD AND BUZZFEED INC. | ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action No. 1:19-CV-01279-TJK |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, ET AL. | ) ) | |
| Defendants. | ) ) | |

## THIRTY-SECOND JOINT STATUS REPORT

In accordance with the Court's Minute Order on May 14, 2021, requiring the parties to file a further joint status report every 60 days, and the parties' Thirty-First Joint Status Report, the parties report as follows:

1. This is a Freedom of Information Act ("FOIA") case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from various subcomponents of the U.S. Department of Justice ("DOJ"),[1] as well as the Office of the Director of National Intelligence ("ODNI") (collectively, the "Government"), generally regarding various aspects of the Mueller investigation.

2. Plaintiffs' Complaint, see ECF No. 1, contains allegations related to twenty-four different FOIA requests, many of which include multiple subparts, originally submitted to numerous DOJ subcomponents and ODNI. See Answer at Exs. A-EEE, ECF No. 15.

---

[1] Including the Offices of the Attorney General ("OAG"), the Deputy Attorney General ("ODAG"), and the Special Counsel ("OSC"), as well as the Federal Bureau of Investigation ("FBI"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of the Inspector General ("OIG").

1

3. The first half of the twenty-four requests identified in the Complaint, *see* Compl. ¶¶ 6-59, are being addressed by DOJ's Office of Information Policy ("OIP"); four others were directed to the FBI, *see id.* ¶¶ 78-83, 91-96, 101-107, and 108-113; and two requests were directed at each of the following: NSD, *see id.* ¶¶ 60-63 and 72-77; OIG, *see id.* ¶¶ 64-67 and 87-90; OLC, *see id.* ¶¶ 68-71 and 114-116; and ODNI, *see id.* ¶¶ 84-86 and 97-100.

4. The parties' previous status reports detail the various responses that have been provided to Plaintiffs, as well as the parties' agreed upon processing schedules and sequencing agreements. Defendants provide the following updates since the last joint status report:

    a. OIP

        i. With respect to Request No. DOJ-2019-000783, *see* Compl. ¶¶ 44-47 and Answer ¶¶ 44-47 & Exs. Q-R, OIP requires additional time to provide the response previously anticipated by December 31, 2024, involving approximately 342 pages, for which the consultation process is complete. OIP now anticipates this response will be provided by January 31, 2025. Approximately 27 pages responsive to this request require additional consultation. OIP will provide a response on these pages once the consultation process is complete.

        ii. With respect to Request No. DOJ-2019-003295, *see* Compl. ¶¶ 29-33 and Answer ¶¶ 29-33 & Exs. K-L, OIP provided an interim response dated January 6, 2025, involving approximately 219 pages. OIP is still processing an additional approximately 308 pages, for which consultation is now complete; although OIP had previously anticipated providing a response by January 31, 2025, OIP now anticipates that it

      will need additional time to issue this response.  For the remaining 526 pages with pending consultations, OIP is working to ensure that all consultations are completed in a timely manner.

   iii. With respect to Request No. DOJ-2019-003452, *see* Compl. ¶¶ 34-38 and Answer ¶¶ 34-38 & Exs. M-N, which has three subparts, OIP has completed its initial searches for subparts 1 and 2, as previously reported.  OIP will conduct responsiveness and de-duplication reviews for the initial searches that have been completed for this request.  Following additional discussion between the parties, Plaintiff has agreed to narrow this request by withdrawing subpart 3.

   iv. OIP is also processing 12 pages on referral, FOIA-2021-00423, which require consultation with other government entities.

  5. In light of the parties' ongoing discussions, and the Government's continued efforts to search for, review, process, and produce non-exempt records responsive to the requests alleged in the Complaint, the parties believe it is premature to establish a briefing schedule for this litigation.  Instead, they will file another joint status report with the Court on **March 17, 2025**, pursuant to the Court's May 14, 2021, Minute Order.

DATE:  January 14, 2025                             Respectfully submitted,


/s/ Merrick Wayne                                   BRIAN M. BOYNTON
Matt Topic, D.C. Bar No. IL0037                     Principal Deputy Assistant Attorney
Merrick Wayne, D.C. Bar No. IL0058                  General
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail:  foia@loevy.com)                           MARCIA BERMAN
LOEVY & LOEVY                                       Assistant Branch Director, Federal
311 N. Aberdeen, Third Floor                        Programs
Chicago, Illinois 60607
Tel.: (312) 243-5900                                /s/   Amber Richer
Fax: (312) 243-5902                                 AMBER RICHER
                                                    Trial Attorney (CA Bar # 253918)
*Counsel for Plaintiffs*                            United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street, NW
                                                    Washington, D.C. 20530
                                                    Tel. (202) 514-3489
                                                    Email:  amber.richer@usdoj.gov

                                                    *Counsel for Defendants*

4