IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD AND  )<br>BUZZFEED INC.  )<br>　　　　　Plaintiffs,  )<br>　　　　　　　　　　 )<br>　v.  )<br>　　　　　　　　　　 )<br>DEPARTMENT OF JUSTICE,  )<br>ET AL.  )<br>　　　　　Defendants.  )<br>　　　　　　　　　　 ) | Civil Action No.  1:19-CV-01279-TJK |

## THIRTY-FIFTH JOINT STATUS REPORT

In accordance with the Court's Minute Order on May 14, 2021, requiring the parties to file a further joint status report every 60 days, and the parties' most recent Thirty-Fourth Joint Status Report, the parties report as follows:

　　　1.　　This is a Freedom of Information Act ("FOIA") case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from various subcomponents of the U.S. Department of Justice ("DOJ"),[1] as well as the Office of the Director of National Intelligence ("ODNI") (collectively, the "Government"), generally regarding various aspects of the Mueller investigation.

　　　2.　　Plaintiffs' Complaint, *see* ECF No. 1, contains allegations related to twenty-four different FOIA requests, many of which include multiple subparts, originally submitted to numerous DOJ subcomponents and ODNI.  *See* Answer at Exs. A-EEE, ECF No. 15.

　　　3.　　The first half of the twenty-four requests identified in the Complaint, *see* Compl. ¶¶ 6-59, are being addressed by DOJ's Office of Information Policy ("OIP"); four others were

---

[1] Including the Offices of the Attorney General ("OAG"), the Deputy Attorney General ("ODAG"), and the Special Counsel ("OSC"), as well as the Federal Bureau of Investigation ("FBI"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of the Inspector General ("OIG").

directed to the FBI, *see id*. ¶¶ 78-83, 91-96, 101-107, and 108-113; and two requests were directed at each of the following: NSD, *see id*. ¶¶ 60-63 and 72-77; OIG, *see id*. ¶¶ 64-67 and 87-90; OLC, *see id*. ¶¶ 68-71 and 114-116; and ODNI, *see id*. ¶¶ 84-86 and 97-100.

4. The parties' previous status reports detail the various responses that have been provided to Plaintiffs, as well as the parties' agreed upon processing schedules and sequencing agreements. Defendants provide the following updates since the last joint status report:

   a. OIP

      i. With respect to Request No. DOJ-2019-000783, *see* Compl. ¶¶ 44-47 and Answer ¶¶ 44-47 & Exs. Q-R, on June 4, 2025, OIP provided a final response involving the remaining 26 pages responsive to this request that required additional consultation.

      ii. With respect to Request No. DOJ-2019-003295, *see* Compl. ¶¶ 29-33 and Answer ¶¶ 29-33 & Exs. K-L, OIP has completed the processing of 591 pages, for which consultation is complete, and issued an interim response with respect to those pages on April 2, 2025. In addition, OIP has completed the processing of the remaining 237 pages with pending consultations and issued a response on May 14, 2025.

      iii. With respect to Request No. DOJ-2019-003452, *see* Compl. ¶¶ 34-38 and Answer ¶¶ 34-38 & Exs. M-N, which has three subparts, OIP has completed its initial searches for subparts 1 and 2, as previously reported. OIP's responsiveness and de-duplication reviews for the initial searches that have been completed for this request are ongoing. Following additional discussion between the parties, Plaintiff has agreed to narrow this request by withdrawing subpart 3.

    iv. OIP is also processing 12 pages on referral, FOIA-2021-00423, which require consultation with other government entities. On June 4, 2025, OIP issued a final response with respect to these pages, following the completion of this consultation.

  5. In light of the parties' ongoing discussions, and the Government's continued efforts to search for, review, process, and produce non-exempt records responsive to the requests alleged in the Complaint, the parties believe it is premature to establish a briefing schedule for this litigation. Instead, they will file another joint status report with the Court on **September 12, 2025**, pursuant to the Court's May 14, 2021, Minute Order.

DATE: July 14, 2025         Respectfully submitted,

/s/ *Merrick Wayne*         BRETT A. SHUMATE
Matt Topic, D.C. Bar No. IL0037     Assistant Attorney General
Merrick Wayne, D.C. Bar No. IL0058   Civil Division
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail: foia@loevy.com)       ELIZABETH J. SHAPIRO
LOEVY & LOEVY          Deputy Director
311 N. Aberdeen, Third Floor      Federal Programs Branch
Chicago, Illinois 60607
Tel.: (312) 243-5900         /s/ *Amber Richer*
Fax: (312) 243-5902         AMBER RICHER
                  Trial Attorney (CA Bar # 253918)
*Counsel for Plaintiffs*        United States Department of Justice
                  Civil Division, Federal Programs Branch
                  1100 L Street, NW
                  Washington, D.C. 20530
                  Tel. (202) 514-3489
                  Email: amber.richer@usdoj.gov

                  *Counsel for Defendants*