IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD AND ) <br> BUZZFEED INC. ) <br>           Plaintiffs, ) <br>            ) <br>    v.           ) <br>            ) <br> DEPARTMENT OF JUSTICE, ) <br> ET AL. ) <br>           Defendants. ) | Civil Action No. 1:19-CV-01279-TJK |

**THIRTY-SEVENTH JOINT STATUS REPORT**

In accordance with the Court's Minute Order on May 14, 2021, requiring the parties to file a further joint status report every 60 days, and the parties' most recent Thirty-Sixth Joint Status Report, the parties report as follows:

1. This is a Freedom of Information Act ("FOIA") case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from various subcomponents of the U.S. Department of Justice ("DOJ"),[1] as well as the Office of the Director of National Intelligence ("ODNI") (collectively, the "Government"), generally regarding various aspects of the Mueller investigation.

2. Plaintiffs' Complaint, *see* ECF No. 1, contains allegations related to twenty-four different FOIA requests, many of which include multiple subparts, originally submitted to numerous DOJ subcomponents and ODNI. *See* Answer at Exs. A-EEE, ECF No. 15.

3. The first half of the twenty-four requests identified in the Complaint, *see* Compl. ¶¶ 6-59, are being addressed by DOJ's Office of Information Policy ("OIP"); four others were

---

[1] Including the Offices of the Attorney General ("OAG"), the Deputy Attorney General ("ODAG"), and the Special Counsel ("OSC"), as well as the Federal Bureau of Investigation ("FBI"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of the Inspector General ("OIG").

directed to the FBI, *see id*. ¶¶ 78-83, 91-96, 101-107, and 108-113; and two requests were directed at each of the following: NSD, *see id*. ¶¶ 60-63 and 72-77; OIG, *see id*. ¶¶ 64-67 and 87-90; OLC, *see id*. ¶¶ 68-71 and 114-116; and ODNI, *see id*. ¶¶ 84-86 and 97-100.

4. The parties' previous status reports detail the various responses that have been provided to Plaintiffs, as well as the parties' agreed upon processing schedules and sequencing agreements. Defendants provide the following updates since the last joint status report:

    a. OIP

        i. With respect to Request No. DOJ-2019-003452, *see* Compl. ¶¶ 34-38 and Answer ¶¶ 34-38 & Exs. M-N, which has three subparts, OIP has completed its initial searches for subparts 1 and 2, as previously reported. OIP's responsiveness and de-duplication reviews for the initial search results have been completed. OIP is in the process of reviewing the potentially responsive records identified and will begin its initial processing of these records, including sending out consultations as necessary. As previously reported, Plaintiff has agreed to narrow this request by withdrawing subpart 3.

5. Under Standing Order 25-59, the deadline to file this joint status report was continued to December 1, 2025. The parties propose to file the next joint status report with the Court on or before **January 30, 2026**, advising the Court of the status of the parties' ongoing discussions and the Government's continued efforts to review, process, and produce non-exempt records responsive to the requests at issue in this litigation.

DATE: December 1, 2025                                    Respectfully submitted,


/s/ Merrick Wayne                                         BRETT A. SHUMATE
Matt Topic, D.C. Bar No. IL0037                           Assistant Attorney General
Merrick Wayne, D.C. Bar No. IL0058                        Civil Division
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail: foia@loevy.com)                                  ELIZABETH J. SHAPIRO
LOEVY & LOEVY                                             Deputy Director
311 N. Aberdeen, Third Floor                              Federal Programs Branch
Chicago, Illinois 60607
Tel.: (312) 243-5900                                      /s/  Amber Richer
Fax: (312) 243-5902                                       AMBER RICHER
                                                          Trial Attorney (CA Bar # 253918)
*Counsel for Plaintiffs*                                  United States Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          1100 L Street, NW
                                                          Washington, D.C. 20530
                                                          Tel.: (202) 514-3489
                                                          Email: amber.richer@usdoj.gov

                                                          *Counsel for Defendants*

3