**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JASON LEOPOLD AND )
BUZZFEED INC. )
         Plaintiffs, )
          )     Civil Action No.  1:19-CV-01279-TJK
     v. )
          )
DEPARTMENT OF JUSTICE, )
ET AL. )
         Defendants. )
          )

**THIRTY-NINTH JOINT STATUS REPORT**

In accordance with the Court's Minute Order on May 14, 2021, requiring the parties to file a further joint status report every 60 days, and the parties' most recent Thirty-Eighth Joint Status Report, the parties report as follows:

1.      This is a Freedom of Information Act ("FOIA") case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from various subcomponents of the U.S. Department of Justice ("DOJ"),[1] as well as the Office of the Director of National Intelligence ("ODNI") (collectively, the "Government"), generally regarding various aspects of the Mueller investigation.

2.      Plaintiffs' Complaint, *see* ECF No. 1, contains allegations related to twenty-four different FOIA requests, many of which include multiple subparts, originally submitted to numerous DOJ subcomponents and ODNI. *See* Answer at Exs. A-EEE, ECF No. 15.

3.      The first half of the twenty-four requests identified in the Complaint, *see* Compl. ¶¶ 6-59, are being addressed by DOJ's Office of Information Policy ("OIP"); four others were

---

[1] Including the Offices of the Attorney General ("OAG"), the Deputy Attorney General ("ODAG"), and the Special Counsel ("OSC"), as well as the Federal Bureau of Investigation ("FBI"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of the Inspector General ("OIG").

directed to the FBI, *see id.* ¶¶ 78-83, 91-96, 101-107, and 108-113; and two requests were directed at each of the following: NSD, *see id.* ¶¶ 60-63 and 72-77; OIG, *see id.* ¶¶ 64-67 and 87-90; OLC, *see id.* ¶¶ 68-71 and 114-116; and ODNI, *see id.* ¶¶ 84-86 and 97-100.

4.      The parties' previous status reports detail the various responses that have been provided to Plaintiffs, as well as the parties' agreed upon processing schedules and sequencing agreements.  Defendants provide the following updates since the last joint status report:

        a.      OIP

        i.      With respect to Request No. DOJ-2019-003452, *see* Compl. ¶¶ 34-38 and Answer ¶¶ 34-38 & Exs. M-N, which has three subparts, OIP has completed its initial searches for subparts 1 and 2, as previously reported. OIP has completed its initial responsiveness and de-duplication reviews. OIP is still in the process of reviewing the potentially responsive records identified. OIP has begun its initial processing of these records, including sending out consultations as necessary. OIP will continue to process records, including consultations, on a rolling basis. As previously reported, Plaintiffs have agreed to narrow this request by withdrawing subpart 3. On March 30, 2026, OIP proposed three additional ways to narrow the request, and Plaintiffs agreed to all three proposals resulting in a reduction of approximately 4,453 pages.

5.      Pursuant to the Court's 2021 Minute Order, the next joint status report would be due May 29, 2026. Undersigned counsel for Defendant will be away on leave May 26-29. The parties therefore propose to file the next joint status report with the Court on or before **June 5, 2026**, advising the Court of the status of the parties' ongoing discussions and the Government's continued efforts to review, process, and produce non-exempt records responsive to the requests at issue in this litigation.

DATE:  March 30, 2026

Respectfully submitted,

/s/ Merrick Wayne_____
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ _Amber Richer_____
AMBER RICHER
Trial Attorney (CA Bar # 253918)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 514-3489
Email:  amber.richer@usdoj.gov

*Counsel for Defendants*