**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD AND BUZZFEED INC. | ) ) | |
| Plaintiffs, | ) ) | Civil Action No.  1:19-CV-01279-TJK |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, ET AL. | ) ) ) | |
| Defendants. | ) ) | |

**FORTIETH JOINT STATUS REPORT**

In accordance with the Court's Minute Order on May 14, 2021, requiring the parties to file a further joint status report every 60 days, and the parties' most recent Thirty-Ninth Joint Status Report, the parties report as follows:

1.      This is a Freedom of Information Act ("FOIA") case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from various subcomponents of the U.S. Department of Justice ("DOJ"),[1] as well as the Office of the Director of National Intelligence ("ODNI") (collectively, the "Government"), generally regarding various aspects of the Mueller investigation.

2.      Plaintiffs' Complaint, *see* ECF No. 1, contains allegations related to twenty-four different FOIA requests, many of which include multiple subparts, originally submitted to numerous DOJ subcomponents and ODNI. *See* Answer at Exs. A-EEE, ECF No. 15.

3.      The first half of the twenty-four requests identified in the Complaint, *see* Compl. ¶¶ 6-59, are being addressed by DOJ's Office of Information Policy ("OIP"); four others were

---

[1] Including the Offices of the Attorney General ("OAG"), the Deputy Attorney General ("ODAG"), and the Special Counsel ("OSC"), as well as the Federal Bureau of Investigation ("FBI"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of the Inspector General ("OIG").

directed to the FBI, *see id*. ¶¶ 78-83, 91-96, 101-107, and 108-113; and two requests were directed at each of the following: NSD, *see id*. ¶¶ 60-63 and 72-77; OIG, *see id*. ¶¶ 64-67 and 87-90; OLC, *see id*. ¶¶ 68-71 and 114-116; and ODNI, *see id*. ¶¶ 84-86 and 97-100.

4.      The parties' previous status reports detail the various responses that have been provided to Plaintiffs, as well as the parties' agreed upon processing schedules and sequencing agreements.  Defendants provide the following updates since the last joint status report:

a.      OIP

i.      With respect to Request No. DOJ-2019-003452, *see* Compl. ¶¶ 34-38 and Answer ¶¶ 34-38 & Exs. M-N, which has three subparts, OIP has completed its initial searches for subparts 1 and 2, as previously reported. OIP has completed its initial responsiveness and de-duplication reviews for subpart 1. As previously reported, OIP proposed and Plaintiffs accepted three additional ways to narrow subpart 1, resulting in a reduction of approximately 4,453 pages. After applying those narrowing agreements, OIP has identified approximately 3,500 pages containing responsive material. OIP has begun its initial processing of these records, including sending out consultations as necessary. OIP will continue to process at least 300 pages per month and will issue responses as consultations are completed. As to subpart 2, this week OIP determined that due to an oversight, the search results initially returned for this subpart were not migrated from OIP's older e-discovery software to its newer software. OIP is in communication with the Justice Management Division (JMD)'s Office of the Chief Information Officer (OCIO) to ensure the search results are moved to the new e-discovery system. As a result, OIP will need to reconduct its responsiveness and de-duplication review and will begin doing so as soon as possible. As previously reported, Plaintiffs have agreed to narrow this request by withdrawing subpart 3.

5.      The parties propose to file the next joint status report with the Court on or before

**August 3, 2026**, advising the Court of the status of the parties' ongoing discussions and the

Government's continued efforts to review, process, and produce non-exempt records responsive

to the requests at issue in this litigation.

DATE:  June 5, 2026                                    Respectfully submitted,

/s/ Merrick Wayne_____          BRETT A. SHUMATE
Matt Topic, D.C. Bar No. IL0037            Assistant Attorney General
Merrick Wayne, D.C. Bar No. IL0058         Civil Division
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail:  foia@loevy.com)                  ELIZABETH J. SHAPIRO
LOEVY & LOEVY                              Deputy Director
311 N. Aberdeen, Third Floor               Federal Programs Branch
Chicago, Illinois 60607
Tel.: (312) 243-5900                        /s/ Amber Richer_____
Fax: (312) 243-5902                        AMBER RICHER
                                           Assistant Director (CA Bar # 253918)
*Counsel for Plaintiffs*                   United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, NW
                                           Washington, D.C. 20530
                                           Tel.: (202) 514-3489
                                           Email: amber.richer@usdoj.gov

                                           *Counsel for Defendants*