**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD AND<br>BUZZFEED INC.<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　　　　　　　　　　　　Civil Action No.  1:19-CV-01279-TJK

**JOINT STATUS REPORT**

The parties, by counsel, respectfully submit this Joint Status Report.

1.　　　Plaintiffs filed suit regarding 24 separate requests under the Freedom of Information Act (FOIA), 5 U.S.C. 552, that they submitted to various components of the U.S. Department of Justice ("DOJ"),[1] as well as the Office of the Director of National Intelligence ("ODNI") (collectively, the "Government"), related to the Mueller investigation.

2.　　　Defendants have completed responses for 23 of the 24 requests.  The parties expect to confer before the next joint status report to determine if there are any ongoing disputes related to the completed responses.

3.　　　The final FOIA request is identified as DOJ-2019-003452 and it has three subparts.

4.　　　OIP has completed its initial searches for subparts 1 and 2 and it is in the process of reviewing the potentially responsive materials identified.

---

[1] Including the Offices of the Attorney General ("OAG"), the Deputy Attorney General ("ODAG"), and the Special Counsel ("OSC"), as well as the Federal Bureau of Investigation ("FBI"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of the Inspector General ("OIG").  As relevant here, DOJ's Office of Information Policy ("OIP") is responsible for processing the FOIA requests to the OAG, the ODAG, and OSC.

1

5.      For subpart 1, the parties have agreed to narrow the potentially responsive materials to approximately 3,500 pages.  OIP is processing these pages on a rolling basis at a rate of at least 300 pages per month.  Also, OIP has requested consultations from other government agencies and offices and it is awaiting responses to those consultation requests before making a final decision regarding the release or withholding of pages.

6.      For subpart 2, OIP is in the process of completing its responsiveness and de-duplication review.  As reported in the last status report, OIP has had to repeat this review due to an inadvertent problem with the migration of these materials into OIP's newer e-discovery software.  The migration problem has now been fixed and OIP anticipates that its de-duplication and responsiveness review will be completed by August 14, 2026.

7.      As to subpart 3, Plaintiffs have withdrawn their FOIA request.

****

8.      The schedule in this case directs the parties to file joint status reports every 60 days, *see* Minute Order (dated May 14, 2021), and so the next joint status report will be filed by Friday, October 2, 2026.

DATE:  July 31, 2026            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

 */s/ Olivia Hussey Scott*
Olivia R. Hussey Scott
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530

2

Tel.: (202) 616-8491
Email: Olivia.hussey.scott@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

3